RECEIVED
By HaleyCurrie at 12:36 pm, Aug 29, 2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-10038-FDS (sss) |
| NICOLE COLLINS | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICOLE COLLINS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of 21 U.S.C. § 846

Date: 01/16/2024

/s/ Paul. G. Levenson
*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Paul J. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/18/24

*Arresting officer's signature*

*Printed name and title*